IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CANDACE COLE AND JEFF COLE, Plaintiffs | § § § § | |
| VS. | § § | CASE NO. SA09CA0498 OG |
| BANK OF AMERICA, N.A. Defendant. | § § § | |

**BANK OF AMERICA, N.A.'S
CORPORATE DISCLOSURE STATEMENT AND/OR
CERTIFICATE OF INTERESTED PERSONS**

COMES NOW, Defendant, Bank of America, N.A. ("*Bank of America*"), and hereby respectfully files this Certificate of Interested Parties pursuant to LR 3.1 and Fed. R. Civ. P. 7.1(a). The following persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities may have a financial interest in the outcome of this litigation:

Bank of America lists the following interested persons:

1. Bank of America is wholly owned by NB Holdings Corporation, which, in turn, is wholly owned by Bank of America Corporation, a publicly traded corporation. Bank of America Corporation's common stock is listed on the New York Stock Exchange and the Pacific Stock Exchange under the symbol BAC.

2. No individual or entity owns 10% or more of the outstanding shares of BAC.

3. There are approximately 2800 direct and indirect subsidiaries of Bank of America Corporation. Upon request, undersigned counsel will provide a copy of the list of the direct and indirect subsidiaries to the Court and to any counsel of record

          Respectfully submitted,

          HIRSCH & WESTHEIMER, P.C.

          By: _____
          Eric Lipper
          State Bar No. 12399000
          Federal Bar No. 11442
          elipper@hirschwest.com
          Suzanne J. Dubose
          State Bar No. 24047521
          sdubose@hirschwest.com
          700 Louisiana, 25th Floor
          Houston, Texas 77002
          Telephone: (713) 220-9183
          Facsimile: (713) 223-9319

          **ATTORNEYS FOR DEFENDANT,**
          **BANK OF AMERICA, N.A.**

OF COUNSEL:

HIRSCH & WESTHEIMER, P.C.
Bank of America Center
700 Louisiana, 25th Floor
Houston, Texas 77002-2772
Telephone: (713) 220-9183
Telecopier: (713) 223-9319

## CERTIFICATE OF SERVICE

On this 17th day of June 2009, I hereby certify that a true and correct copy of Defendant, Bank of America, N.A.'s Corporate Disclosure Statement and/or Certificate of Interested Parties was sent via facsimile to the following counsel of record:

Kenneth E. Grubbs
Woodcock Building
4241 Woodcock Drive, Suite C-120
San Antonio, Texas 78228
Phone: (210) 490-1292
*Via CM,RRR #71603901984585392464*

_____
Eric Lipper