IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CANDACE COLE AND JEFF COLE, <br> Plaintiffs <br><br> VS. <br><br> BANK OF AMERICA, N.A. <br> Defendant. | § § § § § § § § | CASE NO. SA09CA0498 OG |

## LIST OF ALL COUNSEL OF RECORD

Kenneth E. Grubbs
State Bar No. 00798225
Federal Bar No. _____
Woodcock Building
4241 Woodcock Drive, Suite C-120
San Antonio, Texas 78228
Phone: (210) 490-1292
Fax: (210) 499-4587
**ATTORNEYS FOR PLAINTIFFS,
CANDACE COLE AND JEFF COLE**

Eric Lipper
State Bar No. 12399000
Federal Bar No. 11442
elipper@hirschwest.com
Suzanne J. DuBose
State Bar No. 24047521
sdubose@hirschwest.com
700 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 220-9183
Fax No: (713) 223-9319
**ATTORNEYS FOR DEFENDANT,
BANK OF AMERICA, N.A..**

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: _____
Eric Lipper
State Bar No. 12399000
Federal Bar No. 11442
elipper@hirschwest.com
Suzanne J. DuBose
State Bar No. 24047521
sdubose@hirschwest.com
700 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 220-9183
Facsimile: (713) 223-9319

**ATTORNEYS FOR DEFENDANT,
BANK OF AMERICA, N.A.**

OF COUNSEL:

HIRSCH & WESTHEIMER, P.C.
Bank of America Center
700 Louisiana, 25th Floor
Houston, Texas 77002-2772
Telephone: (713) 220-9183
Telecopier: (713) 223-9319

## CERTIFICATE OF SERVICE

On this 17th day of June 2009, I hereby certify that a true and correct copy of Defendant, Bank of America, N.A.'s List of All Counsel was sent via facsimile to the following counsel of record:

Kenneth E. Grubbs
Woodcock Building
4241 Woodcock Drive, Suite C-120
San Antonio, Texas 78228
Phone: (210) 490-1292
*Via CM,RRR #71603901984585392464*

Eric Lipper