

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CANDACE COLE AND | § | |
| JEFF COLE, | § | |
|     Plaintiffs | § | |
| | § | |
| VS. | § | CASE NO. SA-09-CA-0498-OG |
| | § | |
| BANK OF AMERICA, N.A. | § | |
|     Defendant. | § | |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW Suzanne J. DuBose, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendant, Bank of America, N.A. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm Hirsch & Westheimer, P.C. with offices at 700 Louisiana, Suite 2550, Houston, Texas 77002; Phone: (713) 220-9183; Facsimile: (713) 223-9319.

2. Since December, 2004, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 24047521.

3. Applicant has been admitted to practice before the following courts:

| Court | Admitted |
|---|---|
| United States District Court, Southern District of Texas | 11-03-06 |

880588.20090390/560731.1

4. Applicant is presently a member in good standing of the bars of the Courts listed above.

5. Applicant has not previously applied to appear Pro Hac Vice in this District Court.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an application for admission to practice before the United States District Court for the Western District of Texas, and Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

| | |
|---|---|
| Co-counsel: | Eric Lipper |
| | State Bar No. 12399000 |
| Mailing Address: | 700 Louisiana, 25th Floor |
| City, State, Zip Code: | Houston, Texas 77002 |
| Telephone: | (713) 220-9183 |

Should the Court grant Applicant's motion, Applicant shall tender the amount of $25.00, the pro hac vice fee, in compliance with Local Court Rule AT-1(f)(2).

**WHEREFORE PREMISES CONSIDERED**, Applicant prays that this Court enter an Order permitting the admission of Suzanne J. DuBose to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: _____
Eric Lipper
State Bar No. 12399000
elipper@hirschwest.com
Suzanne J. DuBose
State Bar No. 24047521
sdubose@hirschwest.com
700 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 220-9183
Facsimile: (713) 223-9319

OF COUNSEL:

HIRSCH & WESTHEIMER, P.C.
Bank of America Center
700 Louisiana, 25th Floor
Houston, Texas 77002-2772
Telephone: (713) 220-9183
Telecopier: (713) 223-9319

**ATTORNEYS FOR DEFENDANT,
BANK OF AMERICA, N.A.**

## CERTIFICATE OF CONFERENCE

This office attempted to contacted Kenneth E. Grubbs, the attorney for Plaintiffs, Candace Cole and Jeff Cole, regarding the foregoing motion without success.

_____
Suzanne J. DuBose

## CERTIFICATE OF SERVICE

On this 24th day of June 2009, I hereby certify that a true and correct copy of Motion for Admission Pro Hac Vice was sent via facsimile to the following counsel of record:

Kenneth E. Grubbs
Woodcock Building
4241 Woodcock Drive, Suite C-120
San Antonio, Texas 78228
Phone: (210) 490-1292
*Via Facsimile No. (210) 499-4587*

_____
Suzanne J. DuBose

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CANDACE COLE AND<br>JEFF COLE,<br>    Plaintiffs<br><br>VS.<br><br>BANK OF AMERICA, N.A.<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CASE NO. SA-09-CA-0498-OG |

## ORDER

BE IT REMEMBERED on this ____ day of _____, 2009, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Suzanne J. DuBose, counsel for Bank of America, N.A., and the Court having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Suzanne J. DuBose may appear on behalf of Defendant, Bank of America, N.A. in the above case.

IT IS FURTHERED ORDERED that if Suzanne J. DuBose has not already done so, shall immediately tender the amount of $25.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the ____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:

HIRSCH & WESTHEIMER, P.C.

By: _/s/ S. DuBose_

Eric Lipper
State Bar No. 12399000
elipper@hirschwest.com
Suzanne J. DuBose
State Bar No. 24047521
sdubose@hirschwest.com
700 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 220-9183
Facsimile: (713) 223-9319

**ATTORNEYS FOR DEFENDANT,
BANK OF AMERICA, N.A.**