DOCKET COPY

# Pro Hac Vice Receipt Copy

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500003149
Cashier ID: khunt
Transaction Date: 06/26/2009
Payer Name: HIRSCH AND WESTHEIMER, PC
------------------------------
PRO HAC VICE
  For: SUZANNE J. DUBOSE
  Case/Party: D-TXW-5-08-LB-000000-001
  Amount:         $25.00
------------------------------
CHECK
  Check/Money Order Num: 010734
  Amt Tendered:   $25.00
------------------------------
Total Due:        $25.00
Total Tendered:   $25.00
Change Amt:       $0.00

SA09CV4980G-COLE, ET AL. V. BANK OF
AMERICA, N.A.
```